HOWARD HUMISTON, Appellant, *v.* MYRON C. WOOD, as Administrator with the Will Annexed of NATHANIEL W. CARMAN, Deceased, Respondent.

*Torts — incendiarism — action to recover for loss of property through the setting fire to a building in which it was contained.*

*Humiston* v. *Wood*, 197 App. Div. 901, affirmed.
(Argued March 14, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 7, 1921, affirming a judgment in favor of defendant entered upon a verdict. The action was to recover loss sustained by plaintiff through the burning of a building containing property belonging to him, which burning it was alleged was caused by the act of defendant's intestate in setting fire to said building.

*John G. Van Etten* for appellant.

*John R. De Vany* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.